# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Kendall McClennon

                        Plaintiff,

v.                                                 Case No.: 1:14−cv−03233
                                                    Honorable Manish S. Shah

City Of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 5, 2017:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation to dismiss [79], this case is dismissed without prejudice and with leave to reinstate solely in the event that the Chicago City Council rejects the Release and Settlement Agreement. Each party shall bear its own costs and attorney's fees. No appearance on 10/6/17 is necessary. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.